# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>MELITON CORDERO<br><br>Defendant(s) | ) ) ) ) ) ) ) )<br>Case: 1:26-mj-00032<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 2/12/2026<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __between Dec. 2025 and Jan. 2026__ in the county of _____ in the jurisdiction of _____ the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 (Conspiracy), | |
| 18 U.S.C. § 201(b)(2) (Bribery), | |
| 18 U.S.C. § 1546 (Visa Fraud). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Robert Tansey, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/12/2026__

_____
Judge's signature

City and state: __Washington, D.C.__   G. Michael Harvey, U.S. Magistrate Judge
Printed name and title