AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:26-mj-00032 |
| MELITON CORDERO | ) Assigned To: Judge Harvey, G. Michael |
|  | ) Assign. Date: 2/12/2026 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MELITON CORDERO ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy);
18 U.S.C. § 201(b)(2) (Bribery);
18 U.S.C. § 1546 (Visa Fraud).

Date:   02/12/2026

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/12/26, and the person was arrested on *(date)* 2/12/26
at *(city and state)* Washington, D.C.

Date: 2/13/26

*Arresting officer's signature*

Brett Lembke, Special Agent
*Printed name and title*