**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 26-mj-32** |
| | **:** | |
| | **:** | |
| **MELITON CORDERO,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### JOINT MOTION TO CONTINUE PRELIMINARY HEARING
### AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Meliton Cordero, through his retained counsel, Mary Toscano Carpenito, hereby respectfully jointly move the Court to continue the preliminary hearing scheduled for June 11, 2026, to October 28, 2026, and to exclude time under the Speedy Trial Act.

On February 12, 2026, the defendant was charged in a three-count criminal complaint with conspiracy, bribery, and visa fraud. He was arrested that same day.

On February 13, 2026, the defendant had his initial appearance before this Court. A preliminary hearing was scheduled for March 6, 2026. Time was excluded under the Speedy Trial Act through March 6, 2026.

On February 25, 2026, the defense filed an unopposed motion to continue the preliminary hearing and exclude time under the Speedy Trial Act. That motion was granted and the preliminary hearing was continued until April 6, 2026.

On March 4, 2026, the government provided the defense with informal pre-indictment discovery consisting of, among other things, six Reports of Investigation, communications between the defendant and SOI-2, and search warrant affidavits.

On March 18, 2026, the parties filed a joint motion to continue the April 6, 2026, preliminary hearing to June 11, 2026, and to exclude time under the Speedy Trial Act. The Court granted that motion on March 19, 2026.

The government has provided the defense with additional pre-indictment discovery, which the defense needs additional time to review. The defense also needs additional time to conduct its own investigation and to engage in discussions with the government that might obviate the need for a trial. Thus, the parties jointly request that the preliminary hearing scheduled for June 11, 2026, be continued for good cause until October 28, 2026.

The parties also request that time be excluded from calculation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties with additional time to engage in discussions that might obviate the need for a trial and for the defense to review discovery and conduct its own investigation.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:    */s/ Kondi J. Kleinman*
Rebecca G. Ross (N.Y. Bar No. 5590666)
Kondi J. Kleinman (Cal. Bar No. 241277)
Assistant United States Attorneys
601 D Street, N.W. | Washington, D.C. 20530
Rebecca.Ross2@usdoj.gov | (202) 815-8982
Kondi.Kleinman2@usdoj.gov | (202) 252-6887