**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 26-mj-32** |
| | : | |
| | : | |
| **MELITON CORDERO,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE PRELIMINARY HEARING**
**AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Meliton Cordero, through his retained counsel, Mary Toscano Carpenito, hereby respectfully jointly move the Court to continue the preliminary hearing scheduled for October 28, 2026, to February 3, 2027, and to exclude time under the Speedy Trial Act.

On February 12, 2026, Mr. Cordero was charged in a three-count criminal complaint with conspiracy, bribery, and visa fraud. He was arrested that same day.

On February 13, 2026, he had his initial appearance before this Court. A preliminary hearing was scheduled for March 6, 2026. Time was excluded under the Speedy Trial Act through March 6, 2026.

On February 25, 2026, the defense filed an unopposed motion to continue the preliminary hearing and exclude time under the Speedy Trial Act. That motion was granted and the preliminary hearing was continued until April 6, 2026.

On March 18, 2026, the parties filed a joint motion to continue the preliminary hearing to June 11, 2026, and to exclude time under the Speedy Trial Act. The Court granted that motion.

On May 28, 2026, the parties jointly requested that the preliminary hearing be continued until October 28, 2026, and that time be excluded under the Speedy Trial Act. The Court granted the parties' motion.

During the pendency of this case, the government has provided the defense with informal pre-indictment discovery consisting of, among other things, reports of investigation, including witness interviews, communications between the defendant and SOI-2, and search warrant affidavits. The defense also has been conducting its own investigation. Last month, Ms. Carpenito conducted a presentation for government counsel. The government would like to provide the defense with additional pre-indictment discovery based on that presentation and also conduct a presentation for Ms. Carpenito.

Accordingly, the parties request that the preliminary hearing be continued until February 3, 2027, and that time be excluded from calculation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties with additional time to engage in discussions that might obviate the need for a trial, for the defense to review discovery, for the defense to continue to conduct its own investigation, and for the government to conduct a presentation for the defense.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By: *<u>/s/ Kondi J. Kleinman</u>*

Rebecca G. Ross (N.Y. Bar No. 5590666)
Kondi J. Kleinman (Cal. Bar No. 241277)
Assistant United States Attorneys
601 D Street, N.W. | Washington, D.C. 20530
Rebecca.Ross2@usdoj.gov | (202) 815-8982
Kondi.Kleinman2@usdoj.gov | (202) 252-6887